In the Matter of the Claim of WILLIAM O'BRYAN, Respondent, against TOWN OF JEWETT et al., Apellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. All concur. [See *ante*, p. 914.]

In the Matter of the Claim of IDA B. ROSCH, Respondent, against M. RAPPAPORT & SON et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. — Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See· *ante*, p. 914.]

In the Matter of the Claims of KATHERINE A. KAISER et al., Respondents, against U. S. O. CAMP SHOWS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See *ante*, p. 915.]

In the Matter of the Claim of GERALDINE DAVIS, Respondent, against HARRIS STRUCTURAL STEEL COMPANY, INC., Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See *ante*, p. 915.]

In the Matter of the Claim of PAUL COLLINS, Respondent, against AROBOL MANUFACTURING COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. All concur. [See *ante*, p. 915.]

In the Matter of the Claim of SADIE LEVEY, Respondent, against LEO NEWMAN'S THEATRE ·TICKET OFFICE, Respondent, and NEW AMSTERDAM CASUALTY Co., Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. All concur. [See *ante*, p. 916.]

In the Matter of the Claim of WILLIAM S. BUTLER, Respondent, against JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See *ante*, p. 916.]

In the Matter of the Claim of FLORENCE E. HAFNER, Respondent, against F. J. BOUTELL DRIVEAWAY Co., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See *ante*, p. 917.]

ROBERT W. YOUNG, Respondent, v. VILLAGE OF POTSDAM, Appellant, et al., Defendants.— Motion to appeal to the Court of Appeals on a certified question denied, without costs. All concur. [See *ante*, p. 918.]